

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TED PARSHALL, | § | No. 08-24-00020-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| MEDLEY EQUIPMENT COMPANY, | § | of Andrews County, Texas |
| Appellee. | § | (TC#21798) |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order cost taxed against the parties incurring same as stated in the agreed motion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER, 2024.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.